ACCEPTED
01-14-00921-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
10/5/2015 1:48:26 PM
CHRISTOPHER PRINE
CLERK

# DOYLE, RESTREPO, HARVIN & ROBBINS, L.L.P.

*attorneys at law*

The Lyric Centre
Suite 2300
440 Louisiana Street
Houston, Texas 77002

Sarah J. Allen, Associate

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
10/5/2015 1:48:26 PM
CHRISTOPHER A. PRINE
Clerk

Telephone
(713) 228-5100
Telecopier
(713) 228-6138

sallen@drhrlaw.com

October 5, 2015

***Via Electronic Filing***
Mr. Christopher A. Prine
Clerk, First Court of Appeals
301 Fannin Street, Room 208
Houston, Texas 77002-2066

Re:  No. 01-14-00921-CV; *In Re Margaret Doucette, as Representative of the Estate of David Doucette*; In the Court of Appeals for the First Judicial District of Texas at Houston.

The Honorable Clerk of the First Court of Appeals:

This letter is in response to the Court's Order dated September 24, 2015. Please be advised that the parties finalized and executed a Settlement Agreement. Pursuant thereto, Real Party in Interest/Plaintiff Rhonda Frazier-Brooks filed her Motion to Dismiss With Prejudice on October 5, 2015. As a result, this proceeding is now moot.

Very truly yours,

Sarah J. Allen

cc:  ***Via Electronic Filing***
Judge Kyle Carter
125th Judicial District Court
Harris County Courthouse
201 Caroline, 10th Floor
Houston, Texas 77002

*__Via Electronic Filing__*
J. Hunter Craft, Esquire
Laura Cockrell
Craft Law Firm, P.C.
2727 Allen Parkway, Suite 1150
Houston, Texas  77019

*__Via Electronic Filing__*
Mr. Peter M. Kelly
Kelly, Durham & Pittard, L.L.P.
1005 Heights Boulevard
Houston, Texas  77008